# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

BERNARD ROBINSON,

    Plaintiff,

v.                                      CIVIL ACTION NO.: CV209-118

BRUNSWICK CIRCUIT DISTRICT
ATTORNEY'S OFFICE; BRUNSWICK
CIRCUIT PUBLIC DEFENDER'S
OFFICE; and CLERK OF SUPERIOR
COURT,

    Defendants.

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections, of a sort, were filed. For his Objections to the Magistrate Judge's Report, Plaintiff filed copies of pages from a transcript which he contends show that the Public Defenders' Office did nothing on his behalf for ten (10) months in an effort to save money.

The pages submitted by Plaintiff are not responsive to the Magistrate Judge's Report and Recommendation and are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's conspiracy

claims against all Defendants and Plaintiff's claims against the Brunswick Public Defender's Office and the Brunswick Judicial Circuit District Attorney's Office are **DISMISSED**.

**SO ORDERED**, this 8 day of April, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE